Pro Se 1 2016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Dinghui Deng

,

  Plaintiff(s),

v.

Seattle Municipal Court, Seattle City
Attorney, Seattle Police Department
King County Superior Court, King
County Attorney, Miguel Rivera(aka)
Ildiko Baldwin, Charlie Joe Wing,
Csilla Travis, Cristy et al.

CASE NO. 2:21-cv-01316 MJP
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial:  ☐ Yes   ☐ No

**I.   THE PARTIES TO THIS COMPLAINT**

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Dinghui Deng |
| Street Address | 910 8th Ave |
| City and County | Seattle City, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 209-7624 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.  Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | Honorable Catherine McDowal, Honorable Adam Eisenberg, Honorable Damon Shadid |
| Job or Title *(if known)* | Seattle Municipal Court Judges |
| Street Address | 600 5th Avenue |
| City and County | Seattle City, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 684-5600 |

Defendant No. 2

| | |
|---|---|
| Name | Honorable Jerome Roaché |
| Job or Title *(if known)* | Seattle Municipal Court Magistrates |
| Street Address | 600 5th Avenue |
| City and County | Seattle City, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 684-5600 |

Defendant No. 3

| | |
|---|---|
| Name | King County Superior Court |
| Street Address | 516 3rd Ave |
| City and County | Seattle City King County |
| State and Zip Code | WA 98104 |
| Telephone Number | (206) 296-9300 |

Defendant No. 4

| | |
|---|---|
| Name | King County Attorney |
| Street Address | 516 3rd Ave |
| City and County | Seattle City King County |
| State and Zip Code | WA 98104 |
| Telephone Number | (206) 296-9020 |

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 5

| | |
|---|---|
| Name | Zavidow Grace E. and Seattle City attorneys |
| Job or Title *(if known)* | Seattle City attorneys |
| Street Address | 701 5th Ave #2050 |
| City and County | Seattle City, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 684-8200 |

Defendant No. 6

| | |
|---|---|
| Name | Miguel Rivera (aka) |
| Street Address | 600 5th Avenue |
| City and County | Seattle City, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 684-5600 |

Defendant No. 7

| | |
|---|---|
| Name | Officer Abshir Hussein, Sean Lane, et al |
| Job or Title | Seattle Police Department |
| Street Address | 610 5th Avenue |
| City and County | Seattle City, King County |
| State and Zip Code | Washington, 98104 |
| Telephone Number | (206) 625-5011 |

Defendant No. 8

| | |
|---|---|
| Name | Ildiko Baldwin |
| Street Address | 18291 Deuce Rd |
| City and County | North Fort Myers, Lee County |
| State and Zip Code | Florida, 33917 |
| Telephone Number | (239) 810-6166 |

COMPLAINT FOR A CIVIL CASE - 3

Defendant No. 9

| | |
|---|---|
| Name | Csilla Travis |
| Street Address | 1120 8th St NE, Unit 11 |
| City and County | Auburn, King County |
| State and Zip Code | Washington, 98002 |
| Telephone Number | (253) 797-5302 |

Defendant No. 10

| | |
|---|---|
| Name | Remington A. Yhap |
| Street Address | 247 Wadsworth Ave, Unit 3V |
| City and County | New York |
| State and Zip Code | New York, 10033 |
| Telephone Number | (917) 754-0051 |

Defendant No. 11

| | |
|---|---|
| Name | Charlie Joe Wing |
| Street Address | 74 Lime Walk, Long Sutton |
| City and County | Spalding, Lincolnshire |
| State and Zip Code | PE12 9HQ England |
| Telephone Number | +44 7935 219089 |

Defendant No. 12

| | |
|---|---|
| Name | Cristy Smith |
| Street Address | Crowne Plaza Hotel Manager |
| Job or Title | 1113 6th Ave |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98101 |
| Telephone Number | (205) 464-1090 |

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

☒   Federal question             ☒   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

<u>The First Amendment, The Fourth Amendment, The Fifth Amendment, The Sixth Amendment, The Eighth Amendment, The Thirteenth Amendment, The Fourteenth Amendment; 18 U.S. Code § 3060, U.S. Code § 241, 242, 245, 248, 249, Chapter 16: Penal Law - Title 26, 18 U.S. Code § 1621, 1622, 18 U.S. Code § 2340 (1)(2), 18 U.S. Code § 2261, 2261A, 2264, 18 U.S. Code § 2232. 2235, 18 U.S. Code § 1503, 18 U.S. Code § 1506, 1509, 1510, 1511, 1512, 1513, 18 U.S. Code § 1341, 1344, 1346, 18 U.S. Code § 1015, 1061, 1028, 1028A, 1038, ect. Federal Rules, Rule 2 Interpretation, Rule 5.1 Preliminary Hearing, Rule 7 The Indictment and the Information, Rule 11. Pleas, Rule 12. Pleadings and Pretrial Motions 12.3 Notice of a Public-Authority Defense 12.4 Disclosure Statement, Rule 14. Relief from Prejudicial Joinder Rule 15. Depositions Rule 16. Discovery and Inspection Rule 25. Judge's Disability Rule 29. Motion for a</u>

COMPLAINT FOR A CIVIL CASE - 5

<u>Judgment of Acquittal, Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions Rule 41. Search and Seizure Rule 48. Dismissal Rule 51. Preserving Claimed Error Rule 52. Harmless and Plain Error Rule 59. Matters Before a Magistrate Judge Rule 60. Relief from a Judgment or Order 36 CFR § 2.31 - Trespassing, tampering and vandalism. 36 CFR § 262.12 - Impoundment of property. 43 CFR § 9239.0-9 - Sale, lease, permit, or license to trespassers. 43 CFR § 9239.1-1 - Unauthorized cutting, removal, or injury. 43 CFR § 9239.2-3 - Responsibility for execution of law.</u>

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff

        a. If the plaintiff is an individual. The plaintiff is Dinghui Deng.

    2. The Defendants

        a. Individuals.

1. The defendant, Miguel Rivera (aka) is a citizen of the State of PA.

2. The defendant, Ildiko Baldwin is a citizen of the State of FL.

3. The defendant, Csilla Travis is a citizen of the State of WA.

4. The defendant, Remington A. Yhap is a citizen of the State of NY.

5. The defendant, Charlie Joe Wing, is an England citizen.

6. The defendant, Cristy Smith, is unknown.

        b. Corporations.

The defendants, Seattle Municipal Court, Seattle City Attorney, Seattle Police Department are incorporated under the laws of the State of WA and has its principal place of business in the State of WA.

*Pro Se 1 2016*

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

A. Fraud/Marriage Fraud. Which had caused multiple damages to my whole family. Family stands the most important place in the big picture. Because I'm the only child, the effect of nerves increased multiply through the connection.

B. Countless Crimes/illegal acts such as Domestic Abuse/Violence/Torture, Bigamy /Double Bigamy, Defamations and False Reports, Perjuries and Collusions, Isolations, Forgeries, Frames, Libels and the Caused Injuries, Mischiefs, Burglaries, Trespasses, Anticipatory Offenses etc. had damaged me deeply into spiritually broken down.

C. The Group and the collusions caused the secondary damage.

D. The Seattle Police Department and King County Superior Court Family Court caused the triple damage.

E. The City Attorney caused the quadruple damage.

F. The Seattle Municipal Court caused the quintuple damage.

G. Miguel Rivera (aka) destroyed my whole life, damaged my friends, families, everyone he knows or might think of. There will not be justice with representations open mouth for anyone there will not be close to justice with blindness and neglections to the law and rules. The cruel discrimination lawlessness neglection and the failures of policy implementation, the ostensible never fulfilled statements/judgements, the formularized predictable procedures, the ease of using the system, the stubbornness of formulars and damages caused, with the reversed purpose of attorneys against to the law, (court's) unknown operations behind the court as the most important part formed the sextuple damage.

COMPLAINT FOR A CIVIL CASE - 7

### III.  STATEMENT OF CLAIM

Attachment 1

Statement summary..................................................................................................1

A. Miguel Rivera's pervious life – The reason why abusive litigation.................1

B. My disaster...........................................................................................................4

    I. Timelines........................................................................................................4

    II. Miguel Rivera's background........................................................................4

C. Misconducts..........................................................................................................8

    (a). Instruction....................................................................................................8

    (b). Events (extracted from attachment) ............................................................8

    (c). Rules......................................................................................................,...13

    (d). Local Law..................................................................................................14

### IV.  RELIEF

Attachment 1

RELIEF....................................................................................................................19

I. What damages.....................................................................................................19

II. other relief..........................................................................................................20

III. Basis of claim are continuing at the present time............................................20

    The hearings on 06/28/2021 and 06/30/2021....................................................20

    The hearings on 07/15/2021 and 08/26/2021....................................................21

IV. the amounts of any actual damages and reasons ………........................…....22

    Total amount to be: $5,561,800.........................................................................28

V. The violation of the civil rights..........................................................................29

VI. Name/Title of Person(s) Responsible..............................................................31

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09.21.2021

Signature of Plaintiff  *Dinghui Deng*

Printed Name of Plaintiff  Dinghui Deng