

Miguel Rivera
COVID related
Sep 16, 2020, 4:3
Miguel Rivera
He did not have any funeral in schedule, he's not even in contact to his parents.
Not only of funerals but also about losing weight, surgeries, heart attack, brain problems, and all sicknesses he had been acting, non of them are real.
I have a funeral to prepare for we just had another death
Sep 16, 2020, 4:35 PM
Miguel Rivera
Hui was camped here
Nov 19, 2020, 1:32 AM
The hidden facts are STD by cheating too much, the abusive sick mind and pure evilness.
Miguel Rivera
He left on 16th was supposed to go back to China
Nov 19, 2020, 1:32 AM
Chaz Wing
The police wanted to call you to verify the situation with Doni
Nov 19, 2020, 1:33 AM
Chaz Wing
Yeah
Nov 19, 2020, 1:33 AM
Miguel Rivera
My laptop hasn't been functioning over a week now . It's being fixed today
Nov 19, 2020, 1
I saw him using the Mac, there were activities of his device in many of my account.
Miguel Rivera
Look how crazy this guy is
Nov 19, 2020, 10:56 AM
Miguel Rivera
Sorry , busy day they final it off his acce
to the building and changed the locks
Chaz Wing
That was quick
Nov 20, 2020, 1:50 PM
He lied to officers and courts. This is one evidence of absolute perjury.
Chaz Wing
Nice
Nov 20, 2020, 1:50 PM
Miguel Rivera
I got the restraining orders approved
Nov 20, 2020, 1:49 PM
Miguel Rivera itself abused me, though it never felt shame or regret. Regarding to the way they discussed and how cruel it had been, compare with its disgusting acts to the world, plus other aggravating factors of defamations and slanders to my families and friends. I should have noticed since May,2020 it's showed me the real beast, it was not human long time ago.
Don't bring up him yet .. will discuss with you in a few
It was itself, stayed for free, it sold out all the properties, earned about 1500.
Better to become like Mike are you lazy boy to many tooking n planning in Bali
But nothing everything
Now you not pay my fee of transport
Just 1440k only
So embarasesing are you tourist in Bali
If you poor don't come to Bali
Pay first you borrow money with laby 100 milliion IDR
N pay Mike money also 3000 USD
Don't many reason overcharger fuck you charlest not spoetif n not gentleman are you oke
I Will tell thesee to Lidya n also you don't want coming to moslem if you maried her
They didn't pay the full amount to the driver Doni, included Chaz's own girl.
Go to hell
Better than you run like criminal not pay your transport with me oke
Fuck youuuuuuu
Iam still not happy before you pay my bill
If not I Will make problem with your girls here
Understand
08:13
Fuck you
You own me 1440k
Idiot man n poor man
I hope i never see you again in Bali
Because you are so poor man
Many own with laby n Mike too
Miguel Rivera had been imprisoning and torturing me since 11/2/2020. Before that, he had defrauded all my cash $1400 so that I even had trouble with food. they have been discussing with the abusive order and he kicked me out on 16th.
AT&T 14:29 22%
2020年11月23日 14:28
Do you think why I ask for the deposit? Because I have not even eat one meal properly. And you put me into such a hopeless situation and I have been crying all these days and you think you need the apology from me that's all? Even I do apologize here so what's gonna change? Nothing. And where are your apologies? Huh? Have you been truthful to me and all others? I loved you. I fucking loved you that's why I am still crying so
Chaz Wing
He's wanting the deposit for food?
Nov 24, 2020, 12
Miguel Rivera
But the total was 2600
Nov 24, 2020, 12:05 AM
Miguel Rivera
Which he only put 600
ov 24, 2020, 12:05 AM
iguel Rivera
f which 607.50 is a depos
ov 24, 2020, 12:05 AM
Only for the days October to November, 2020, except being busy abusing me, it didn't forget to theft my identity to get benefits from EBT. After defrauding all my cash, it counterfeited my signature on lease, it hid the lease agreement, lied about the promotion. When I asked for a copy, it was still lying and refusing. It tested STD positive in October, so it kept trying to infect me by having more sex as his scapegoat and sacrifice.
Though its evilness didn't stop, reached to my friends and families. It saw and adsorbed my desperations, which became its best materials to act and projected me on himself.
Miguel Rivera
When it knew the flight was delayed for Covid-19.
He is desperate and wants to stay living here until next March.
when the fact was he kicked me out from the apartment paid by me, eligible to rent because of me, which was told by the manager afterwards. Though it could be that shameless on claiming the opposite. If to elect the Scum of Human, it deserves the most.
Management told him he can't live here for free

Charlie Joe Wing defrauded his prior money, so she caught it for the money. 15

ohh, it's not that he wants to be ashamed and because he wants to let that black wife and braces know he's nice, while borrowing my money to spend and so he can seduce her, an immoral romance on my money, that's my contempt for him, she accepts it she's not a good girl . They are a bad couple. You should sent messeges to him . He did not nothing to me for a long time .

Jun 28, 2021, 8:23 PM

Charlie Joe Wing is a fraud and relationship scam artist himself, as well as all other members of the group. Which I had proofed for too many times to the courts. Though the courts decided to join the group. It's their similarity brought them together.

**Miguel Rivera**

I arrive on Monday. It will get resolved either way .

Jun 28, 2021, 8:20 PM

ohh , you in the middle you have no right to judge me , i am the one to do it because i am so i take the consequences of this scam , but he does not act nice or want to do this he will pay for this scam for his later life that is the law of cause and effect, i only care about my money and it must go to his account not just him saying

Jun 28, 2021, 8:28 PM

Ok, of course
i was unscrupulous for transferring money to him and helped him change money and was cheated by him with his fake tears, with virtual schemes, lied to the last moment after discovered by me, that's the way of life of UK people, of modern people, ? i don't

Jun 28, 2021, 8:38 PM

**Miguel Rivera**

Is you don't text me until I get the results from the bank ..

Jun 28, 2021, 8:37 PM

**Miguel Rivera**

Once you get your $$

Jun 28, 2021, 8:39 PM

**Miguel Rivera**

All the unethical or not ? I don't care

Jun 28, 2021, 8:39 PM

They own the driver money.

# Charlie Joe Wing the fraud.



The reason why it was the group with it, was because of their enough evil resemblances of characters. They connive, collude, perjure, all the them are all inhuman criminals.

Before I blocked all of them, they all acted as for concerns, they all "promised" me not to share with it as my request. They were even discussing if I was desperate or not. I had texted them, if no, at least I shall pick.

They had been discussing together in the same group, it had been twisting the reality with them. As what I stated 10 months ago, "The time-line was so well-designed, everyone of them was acting blind with their eyes open, claiming the opposite of facts. Their declarations always covered each other. What they stated was only aimed to one direction against me, perjuries were too many to count." Please see more in the exhibit part.

In written, they all made themselves to be sounded decent, they all promised me not to share, they were who kept haunting me, but they didn't offer a basic respect. Neither one fact in their declarations.

**Miguel Rivera**

He is desperate and wants to stay living here until next March.

Nov 24, 2020, 12:07 AM

**Chaz Wing**

Yeah, that doesn't seem very desperate

Nov 24, 2020, 12:07 AM

**Miguel Rivera**

His text is contradictory to what he text Ildi

Nov 24, 2020, 12:07 AM

**Miguel Rivera**

If you read , I have not spoken to him once nor respond to him . Yet , he seems to have some assumptions of my wanting to talk to him?

Nov 24, 2020, 12:09 AM

**Chaz Wing**

Yeah, that doesn't seem very desperate

Nov 24, 2020, 12:07 AM

I will call tiny real quick and go to bed . Promise

Dec 11, 2020, 1:16 AM

**Remington A. M. Yhap**

Lol ok. Cuz he don't want me to scare him 😂😂😂

Dec 11, 2020, 1:16 AM

**Miguel Rivera**

We getting off already

Dec 11, 2020, 1:16 AM

Their purposes were already deceitful and evil.

**Remington A. M. Yhap**

Cut it short or I will contact him

**Remington A. M. Yhap**

Hello Dinghui, I'm one of Michael's oldest friends. I'm flying in tomorrow night. I've heard a bit of what has been going on and ........no I don't chose sides. I tend to always give you several sides to a anything, that of both parties, a neutral opinion and lastly my advice. I only want you to hear what I will have to say, it might make you look at things differently. Which is up to you to listen to my rational reasoning from what I would get from your side and his. I promise you I'm not bias, because he's a dear friend of mine. I have always been hard on him if I think he's wrong.

So please. Don't text me or try to reach out to me. I answered you due to manners. I can simply block you. So I hope you don't make me keep blocking people from him. I am too tired of all the drama and his endless broken promises and lies. I want to clarify myself again. I am moving forward. So please keep the distance between us. And don't remind me of him or text me anything. Thanks

**Miguel Rivera**

I am talking to my friend..

Nov 17, 2020, 2:20 PM

Though she still reached out to me, according to her own words, it's very actionable to figure out her and their evil purposes.

**Ildiko Baldwin**

Remember you said and you promised you will not date no more Asian?Now IAM holding you on this 100 percent don't let me down

Nov 17, 2020, 2:19 PM

**Miguel Rivera**

Both of them can really act. It should tell itself this.

You can't call anyone a liar or anything negative when you are the problem and can be the solution..

Nov 17, 2020, 2:32 PM

**Miguel Rivera**

Yes , I was using , yes that is mine .

Nov 17, 2020, 2:33 PM

**Miguel Rivera**

He presented himself differently .. now , I have no choice .. he took it away .. he thinks I did .. he doesn't understand.. he did with all this., can't believe three years and I was blind for two years with this ., he was using in Vietnam.. Chrissy was delicately letting me know ., there are things that I did not tell anyone .. even he does not know .

Nov 17, 2020, 2:48 PM

**Miguel Rivera**

I lost another 2 kL

Nov 18, 2020, 3:42 AM

**Miguel Rivera**

That's why I keep telling him.. all I needed was for him to tell me the truth ..

Nov 17, 2020, 2:33 PM

**Miguel Rivera**

The cheating part I would depends when

Ildiko Baldwin

**Miguel Rivera**

Anything else .. I didn't care

Nov 17, 2020, 2:34 PM

**Ildiko Baldwin**

I have send you all the text

Nov 17, 2020, 2:33 PM

I would care about the cheating part too I would have lot of problem with that

Nov 17, 2020, 2:35 PM

When you see people typing in a certain way, you get to believe in that naturally. This is how it gets you and what it wants, because all of those are not real, all of them are hypocritical, all of it has ratted, all it stated are fake, all is rotten nasty and stinky. There's no light be able to reach to its darkness. It creates a character to cater, it releases the real one to take and destroy.

It always says the cheaters need to be killed, though. Because it cheated and it had been cheating on me for an average of 2000 individuals to get the STD. It's ironic that he had done broadcasting a cheater, he had done more sex than normal, he failed. So that its friend reacted surprised about the sudden change.

To their needs, do the best,

**Ildiko Baldwin**

Remember you said and you promised you will not date no more Asian?Now IAM holding you on this 100 percent don't let me down

Nov 17, 2020, 2:19 PM

**Miguel Rivera**

I don't know you and you don't know me . However, it does not take rocket 🚀 science to use common sense. If I am the one that found the drugs? I was the one using? Why would on earth open up discussion or accuse another ? If I were using ? I would not let anyone pay attention or bring it up ? Let alone accuse someone else and bring light to its use .. I would have tone a complete moron! 😂 lol

Nov 17, 2020, 2:20 PM

I never used drugs, I even didn't have the money, because it already had defrauded all my cash, then it started to prison me without some food. I found the it's hiding the drug, I took it and released the bag to the toilet because I realized he's using the drugs as the weapon. I showed him the video on the 8th of November, to lie and to lie about everything without nerves but full of contacts are really a piece of cake to him.

**Miguel Rivera**

I am talking to my friend..

Twisting facts, create things out of thin air, turn upside down black and white... are its very and basic daily. It's not the history but its mouth making its reality.

Nov 17, 2020, 2:20 PM

**Miguel Rivera**

He said this is the culture and not to fall pray to such manipulation

Nov 17, 2020, 2:22 PM

These are simply some of the countless.

**Miguel Rivera**

Lol .. he said that's a druggies mentality.. he is a case worker for meth users

Nov 17, 2020, 2:22 PM

**Miguel Rivera**

No Asian.. yes

Nov 17, 2020, 2:24 PM

**Miguel Rivera**

Ugh , he is still my husband though .

Nov 17, 2020, 2:24 PM

**Miguel Rivera**

I got to figure out what to do

Nov 17, 2020, 2:24 PM

**Miguel Rivera**

I am talking go to the attorney tomorrow

Nov 17, 2020, 2:25 PM

On Nov 17, 2020 it's still claiming me its "husband", as the "wedding", "agreements", "witnesses", "applications"...it's already considered "legal" by the definition. RCW 26.04.010 Marriage is a civil contract between two persons who have each attained the age of eighteen years, and who are otherwise capable.
It kept claiming that to everyone because it's still trying to defraud me and to hid its crimes, one of which was bigamy.

**Miguel Rivera**

I do not think he understands.. Because I have gone after him many times. This time I am not coming back to him. He broke my heart and all of this stuff behind my back was not necessary. He could have been honest and just gone back to China when he was in Indonesia. I was very different with him and I truly thought he cared for me and loved me. Loved me enough not to take drugs or to cheat. I asked him upfront that if he wanted an open relationship to let me know . This way I could decide .. if I wanted that or not .. either way I should have a choice and he should too.. instead , I get hypocrisy and double standards thrown in my face .. when he is the one doing it..

Name:
Age:
Relationship to the parties in this action: Prior boyfriend of the petitioner

I declare,
My name is I am The petitioner Miguel Rivera's prior boyfriend.
We only had about one year relationship until 02/2018 and also Ended up I had to order a protection against to him.
While he was the same way as now. He also ordered a protection Against to me. Of course it was dismissed.
During the relationship. I felt like he was aiming nun English Speaker as his targets to either date or to do busses with.
Especially to Asian and Mid eastern.
When I was told by a friend of his Miguel Rivera is HIV positive

Nov 17, 2020

It didn't have relationships with Asian until its forty. For fraud purposes, it's been targeting this certain group of people because of experiences that it's easier to control including the public.

**Miguel Rivera**

I think it's best for him to be happy.. he obviously is not happy with me. If you can say all these bad things about me .. I don't talk about that way . Sure , he makes mistake but do I need to say anything bad about him ? No .. the drug thing was support and help .. I don't know about these things and scared to death after Nelson death.

👍Ildiko Baldwin

Nov 17, 2020, 2:39 PM

Youve done nothing for your family except push your brother to kill himself

Mar 18, 2017, 1:06 PM

Except what its husband texted him, it also set up traps and perjuries to put the other brother into jail. Afterwards as their kids' guardian, it took their benefits smoothly.
To families, it was able to put its evil hands, which directed its parents to give up on it. What/who else matters?

**Miguel Rivera**

Don't worry about your stuff . You won't get in trouble.. I promise.. it has to a complete conversation beginning with the first day .

Dec 20, 2020, 5:44 PM

**Miguel Rivera**

I need all the conversation

Dec 20, 2020, 5:43 PM

**Miguel Rivera**

It does not need to be notarized.

Dec 21, 2020, 10:47 AM

So this was considered legal.

**Miguel Rivera**

There is a declaration form and I will send it to you . Getting a copy now

Dec 21, 2020, 10:47 AM

**Miguel Rivera**

I am Ildiko Baldwin, I live at 18280 Deuce Road, North Fort Myers, FL 33971. I can be reached directly at 239-810-6166.

I would like to start that I like both of the individuals in this declaration and was hoping that they would work things out. Unfortunately, I have been in the middle both to mediate be a witness to the many issues that they have discussed. Unfortunately, I was witness to the last conversation they both had together. Hui asked me by text to be witness to a conversation on the speakerphone. I said no at first but Mike convinces me to do it anyway. Mike is Miguel Rivera but our family calls him Mike.

On this important day, many things are discussed but not a very good subject as it has a lot of bombs. Hui starts with a discussion of his personal issues and how Mike is accusing him of drugs. Mike asks him to admit to who put the drugs in the bathroom light above the mirror. He said Mike did or someone that he is not doing drugs. Mike said if you didn't and I did not for sure? The Ghost? The Elf? Maybe the housekeeper that you accused that's almost 65 years old? He told him that he needed to be honest that we would all help him.

Full version and responsive declaration are in attachment 1.

He really drove us that are helping him nuts. He definitely has issues and to us who know better, there are definitely some issues. He has been telling us stories and we fell for it. He is really nice at first and sweet. Kind of innocent but he is very manipulative.

Dec 23, 2020, 3:44 AM

**Miguel Rivera**

read and tell me what to add or change asap.

Dec 23, 2020, 3:44 AM

**Ildiko Baldwin**

Ok this is good changevthe adress its 18291

Dec 23, 2020, 7:40 AM

She took less than 6 minutes on reviewing a legal declaration which was over 2000 words.

Does the meaning of freedom include "free to crimes" as well?

According to Seattle Criminal Court, I believe it must be my incompetency to understand the hidden law/rule of theirs.
It must be my incompetency that I didn't do what they alleged, I fought for human rights, that I filed too many proofs and documents for them to keep dismissing but they couldn't provide a single lawful or logical reason, that I should have kept being abused. That I wished there's no justice or equal but crimes.

Always tomorrow, never today. It knows too well how to act like weak but abuse more than violence.

Docume

This was a part of what I sent all of them. Though their perjuries and evil collusions has beat the facts because nobody cared the facts, nothing was based on the facts.

**Miguel Rivera**

Talk to me first .. I just came from courthouse. Going back tomorrow. Postponed my surgery for next week. My blood pressure was 193/104

Nov 19, 2020, 10:53 AM

**Miguel Rivera**

Don't say anything to him

Nov 19, 2020, 10:52 AM

Such obvious collusions had been proofed for too many time and with all of them. No, no penalty at all. What's for to swear like it matters?

**Miguel Rivera**

I will call you and explain . So, you don't say the wrong thing

Nov 20, 2020, 1:44 PM

**Miguel Rivera**

Judge signed the order .

Nov 20, 2020, 1:43 PM

**Miguel Rivera**

You called Ildiko.

Nov 20, 2020, 1:16 PM

About what he was saying to me. There are too many untruthful things. Like he put a camera in the room. Csilla had my hair tested. His dick was tested positive. And many. But he didn't think what if I test negative. And If I am tested negative but he has told me and you his dick was tested positive. Then he must have had sex with others. Only he cheated. He can be tested positive. Right? And I have the right to call them lies and him a liar. I understand we both were hyper. But During the time. He was threatening me and telling me he could call a police and he has a strong family so that he can get away from it. And his boss would take care of him even a lawsuit. Not too convincing actually I think. Even he was telling me. As an Asian foreigner I am not covered that much. I don't have any rights here. Things like that. Ildo can also see him texted I don't have any rights in the group text. He said those things for many times. Even I knew it's not true. Just like I knew he was lying when he was telling me. The police has my fingerprints and my DNA. As long as he reports I will be in the jail. Many things like that. I didn't fight back or defend myself for for those. Because I was not only shocked but also very disappointed. And also I didn't know what to say or act back.

I started to feel he could be dangerous to me. He can be very extreme when he wants something. And I think he knew he has been lying about things. Just he doesn't want to admit. I guess he has convinced himself. And no matter how many things he needed to create. He insisted what he has convinced himself. I guess maybe you guys can feel or have seen already. When he describes something he likes. He makes the good sounds better and the bad sounds worse. This is only my thinking. And I think it's no good no bad. Everyone does. But the levels are different. Just what he has done to me was too extreme. And I don't want to deliver the wrong information.

**Miguel Rivera**

Of course, lies. I saw it's been using the Mac. My account activities showed records as well.

Look at this : I don't have access to my Mac it's broken even with the outside keyboard taking it in today to fix. I have been using my phone. Look how crazy this guy is ?

Nov 19, 2020, 10:54 AM

It knows the best how to destroy. All its priors had experienced his abuse. It's been a shame and it's a shame for all the blind courts. It provided courts the right pass and together they created the beast.

## Miguel Rivera

I will get a hold of his mom tomorrow

Nov 21, 2020, 3:45 AM

IT DID NOT EVEN LET GO OF MY MOM WHO HE KNEW WAS ABOUT TO HAVE A SURGERY FOR REAL. THE COURTS COOPERATED WITH HIM AND OFFERED HIM MORE ACCESSIBILITY TO DAMAGE HER AND OTHER RELATED PEOPLE FURTHER.

## Ildiko Baldwin

Yeah 😊

Nov 21, 2020, 3:45 AM

## Miguel Rivera

It knows the lines, but it should tell itself.

I was feeling sorry for him , but he obviously did no

Nov 21, 2020, 3:

Regarding to how it responded its husband, there's nothing can make itself feel guilty about and of. It's inhuman, demon acts.

**M Rivera Colon**

sorry, my brother .. doesn't bother me anymore .. grieved enough

Mar 18, 2017, 1:08 PM

Miguel you need to take what you posed about me Off Facebook as they are so untrue and damaging

Sep 19, 2015, 4:55 AM

That is NOT COOL & not ok!!!!! nOt True!

Sep 19, 2015, 4:55 AM

You are causing me the most pressure and stress and suicidal thoughts with your lie on Facebook.

I am not ok- I am getting dizzy. I am checking myself into a hospital. I want to die so bad

Sep 19, 2015, 4:59 AM

You are discrediting and damaging my reputation without proof or substance and sharing our issues. This is not a healthy marriage. I can't believe you. I can't believe you would do this like this. And you said you love me? LIAR!!! You never did. Never I will kill myself Miguel and I know you don't care

Sep 19, 2015, 4:58 AM

You don't give a shit about me. You don't care and you don't love me. I mean nothing to you. I'm shit, scum and filth to you. I am nobody- how could you treat me this way?! How?! I loved you. I can't believe you would throw me away and tell the whole world such a LIE!!! It's a lie!!! I was not the one flirting with all these I candy boys. YOU!! You had a sexual explicit conversation with a French person- my friend! I can't believe you and then you post that on facebook? Was this on purpose? Were you trying to get rid of me?!?!?!

Sep 19, 2015, 5:12 AM

I need to call 911 soon because I'm on a ledge very high and I need to jump. I don't know what to do..... I'm so scared and broken hearted. You ripping my life apart over what?! NOTHING!!! I didn't cheat on you. I would never allow you or myself to go through that misery and torture ever again

Sep 19, 2015, 5:02 AM

**Ildiko Baldwin**

I will not share it with Mike its a promise

2020年11月29日 08:53

**Dinghui Deng**

And also I might change the date if I need to stay longer for the divorce..

2020年11月29日 08:53

**Dinghui Deng**

Sorry I can send you copy. But I don't want you to share. .. so

2020年11月29日 08:52

**Ildiko Baldwin**

Hi Can you send me a copy of your ticket and I will not share this with Mike thanks

2020年11月29日 08:47

**Dinghui Deng**

I'm sorry ildi. One thing I want to make sure is all the talks between us I want to make it clear it's just between us only. I don't want you to share with Miguel. And to be fair I don't want any information about him.. in short. It's up to me and him to do things. And as I told you honestly. I have decided and been wanting to leave without any risks.. I don't want to put you in middle. It's not a good thing..

2020年11月29日 09:37

**Ildiko Baldwin**

Oh ok no problem I will not share this with him

2020年11月29日 09:40

**Dinghui Deng**

I don't want us to talk uncomfortably. L

2020年11月29日 09:41

**Ildiko Baldwin**

Yes I agree

2020年11月29日 09:41

**Dinghui Deng**

Yeah. That way I can feel comfortable

2020年11月29日 09:40

**Ildiko Baldwin**

But if you do what you said I will remain your friend as long as you want but if you dont do what you said I will never talk to you so dont let me down do the right thing ok?

2020年11月29日 09:43

**Dinghui Deng**

Yes. Of course.. I want to do what I said. That's why I booked the ticket. I booked it only because just to have a name and whenever I want to change the date it's easier for me.

2020年11月29日 09:44

**Dinghui Deng**

But why you think it's better for me to leave though. I never asked you that. Not only because of the situation. Just I have a feeling that you have been wanting me to leave or us to be apart..

2020年11月29日 09:45

Just like with Remington A. Yhap, I paid respect and honest but lies and bad purposes in return.

They didn't even feel shame for their perjuries. Right, it's its people.

**Ildiko Baldwin**

If it's not love and if it's not we were married. I could left him when I was in Bali. Only because I don't want to quit the marriage. That's why I gave us a chance in Bali

Dec 11, 2020, 3:32 AM

**Ildiko Baldwin**

Yes. Of course.. I want to do what I said. That's why I booked the ticket. I booked it only because just to have a name and whenever I want to change the date it's easier for me.

Dec 11, 2020, 3:32 AM

**Miguel Rivera**

That's not the ticket

Dec 11, 2020, 3:33 AM

**Ildiko Baldwin**

Shit

Dec 11, 2020, 3:33 AM

**Ildiko Baldwin**

I know I just check ans he deleted

Dec 11, 2020, 3:33 AM

**Ildiko Baldwin**

Iam Sorry dont be silly and just calm down Iam here for you and you have my attention

Dec 12, 2020, 5:05 PM

So Ildiko Baldwin broke the agreement to share conversations. She also knows about "summarize hide and modify". They fit.

**Ildiko Baldwin**

Yes I do want you to go back its better for you like I said before and you will gave a better future it is time for you too move on into the future

2020年11月29日 09:48

**Dinghui Deng**

Yeah. I agree

2020年11月29日 09:48

**Ildiko Baldwin**

This is not about Mike its you need to think about remember that

2020年11月29日 09:48

**Dinghui Deng**

If it's not love and if it's not we were married. I could left him when I was in Bali. Only because I don't want to quit the marriage. That's why I gave us a chance in Bali

2020年11月29日 09:50

**Dinghui Deng**

Hey ildi. I am little bit confused. Since he told you we are divorced why was he still asking you to tell me he wants me to come back one year later and also about his surgery and other things. I think there's no need to tell me that. And honestly I am going to have my protection order soon.. so it's also gonna make you not reach out to me. I hope you can understand because I have to do that. Only that way I can get rid of him and move forward. And I am also confused about he telling you we are divorced. I haven't even signed anything or do anything about the divorce. So we are divorced? It's too ridiculous to hear or even believe. And right now is the only time I need some cash to support myself but he told you he can give it to me afterwards. Well. It's just like when I need my own things he takes them away. And when I don't need that he will give them back so he thinks he is a good person? He doesn't give a shit about me that's why I am in this kind of situation again and again and again. I really really don't need any fake kindnesses from him. What he has done and had done to me are not only illegal but also not unethical. He treated me as his husband like a toy or some trash. When he needs me he gives me pretty words. But when he doesn't. He throws me off like nothing. I guess you couldn't understand how much damage he did. I was vomiting with blood on 20th tonight the way to the shelter because my heart hurt so badly like hell. That's why I called you the next day even I can always hold myself up from pains or any kinds of emotions..
And I appreciate you and our friendship. But I really feel very uncomfortable and hurt every time you told me things about him. And trust me. I never want to see him again even I still love him. And the deeper my love is the stronger my hate is. So even you didn't ask me or request me to stay away from him. I won't. And to be honest with you as a friend. I didn't like the way you told me things about if I do you will be a way and if I don't you will be another way. That's not nice to say. I appreciate you because even you just talked to me because I really needed those. And I hope you can treat me like a friend so that we can have a friendship. If you feel like you can command me or order me to do things. I think that's overstep..
and in short. After I order a protection. We actually shouldn't talk or communicate.. I am sorry about that.
I hope this won't upset you. Because I am really trying to respect you and no offense.

2020年11月30日 13:39

It's the same reason as it cheated, it didn't need the truth, it needed an excuse as weapon.

Here's lots of proofs of bigamy, control issues and perjuries. No wonder it had been enjoying its criminal career, the pass-code is easy and no risk, no penalty.

It made up another surgery, then pulled me down with it. Its unspoken words were "He's crazy (by his default), but I'm also crazy like him, so don't blame him." Though the real message it tried to deliver was by creating another fake surgery, it's too ill to be blamed, so that the blame transfered.
It had been doing this with certain patterns all the time too long for me not to notice and realize. While it's also summarized and filed to the courts over 10 months ago. In the continuing time, I had many times successfully predicted its doing. It still follows the patterns.

**Ildiko Baldwin**

You ok?

Dec 12, 2020, 5:16 PM

**Miguel Rivera**

I love him more than my own life! I can't believe you don't understand this ! He thinks I don't love him. He thinks based on what you guys said . I don't care about him . I pushed to hard to get him to just tell me the truth about the drugs . What right do I have to treat him this way . I don't care who is wrong or right . I am thankful I am alive . I am broken-hearted. That's not the real issue ! He is my soul-mate, partner and my husband. I and anyone should not tell him otherwise. You have the paperwork. I said if that's he cars s out is to just stay only to divorce me . Then tell him we are not married. I was angry when I said this. You know we are based on the documents. I easily keep here The paperwork from Seattle is here. I already dropped the case . I love him . You told him to back to China. You know , I woke up screaming his name after surgery. He is not the only one crazy . I am too ., He is everything to me ..

♥Ildiko Baldwin

Dec 12, 2020, 5:21 PM

**Miguel Rivera**

I am so unhappy everyday without him. He is the only person in my life that I have ever felt like this for. Everyone that know me . Can never say it's not true .

**Miguel Rivera**

I will never forgive myself for all this . Nothing you can say to change that ..

Dec 12, 2020, 5:24 PM

**Miguel Rivera**

I am watch for a reason. I don't really want to be around without him. I pushed just yo get him to admit the truth to himself. Maybe it was wrong . I really can't say . At the end , I am loosing the one thing I live more than me..

Dec 12, 2020, 5:24 PM

**Ildiko Baldwin**

What can I do to help?

Dec 12, 2020, 5:25 PM

**Ildiko Baldwin**

Tell me

Dec 12, 2020, 5:25 PM

**Miguel Rivera**

I can't even tell him.

Dec 12, 2020, 5:25 PM

**Miguel Rivera**

He should know the truth

Dec 12, 2020, 5:26 PM

**Miguel Rivera**

We lied to him out of anger

Dec 12, 2020, 5:26 PM

**Miguel Rivera**

I owe him that ..

Dec 12, 2020, 5:27 PM

**Ildiko Baldwin**

Do you want me to send any of this conver3to him?

Dec 12, 2020, 5:35 PM

Whether out of anger or not, this is its own words that they lied.

Lies are marked.

Only if medical records lied

**Miguel Rivera**

I am freaking out from the surgery. Before the tumors were making me be a different way. I can see a lot of things wrong with my approach. He should make his decision,but I don't want him to leave. We are supposed to go through things. I made a decision when I said my vows for better or worse, in sickness and in health. I never said those things lightly. I was wanting him to admit things to help him this time . When he said he spoke to his mom and was getting tickets and leaving. I trusted and believed him. It was hurting all those days . I was faking my days everyday. Lying to myself. I was shocked when I saw him upstairs and had already been angry and depressed. He lied and was there. I thought he was manipulating me again. I saw again after being depressed spoke security and the neighbor too as no one was to be upstairs. He thinks I am tracking and hacking ? I was not I was too sick for any of that . The cop told me he was saying I was abusing him. They had to take him out. If knew he did not have a place he could have stayed and we could have worked things out. I don't even know where he is and no one told me. The only thh thing the lady cop told me . I could not contact him. If he leaves because he wants to and it's his decision on right reasons . I have to accept it. He failed us and I failed us. He is not a bad person. I had to concentrate at the time on my health at the moment you know . I could have died at the moment from all the trigger stress if these problems . My family as you can see are hard on me . Now, I chose him over my family. Now , I have deal with the extreme pain of not being with him . I really don't want to live without him. It's why I am in suicidal watch for two weeks now. You know this

Dec 12, 2020, 6:00 PM

1.It's been abusing me. 2.I never manipulated it. 3.It's been hacking. 4.It's sick for syphilis and getting more Tadalafil (Cialis). 5.It doesn't have a family for it to chose over. 6.It's not in suicidal watch.

**Miguel Rivera**

This is the first time, I am writing like this to you .

Dec 12, 2020, 6:04 PM

1.It's been eating well, traveling and having sex around. 2.It admited it kicked me out but "nice and quiet" 3.It doesn't know love but destroy abuse and crimes.

**Miguel Rivera**

Why didn't anyone tell him that I live him . I didn't need an apology. Just needing him to open up. If he loved me truly . He should know that, I needed chin as much as he needed me. I wanted him to tell me the truth that he brought the stuff. He didn't use . Ok , didn't care about that . I wanted the first step . If he truly lived me .. he could give me that . Why did he not understand that . He took things to such an extreme. Now , look not me or him are right . I am not happy and I know he is not either .

Dec 12, 2020, 6:04 PM

1.It did not love me. 2.I did not do anything required an apology or help or whatever. 3.I never brought.

**Miguel Rivera**

My heart feeling guilty for all this and he told the cops that information and took the easy way to help away from me. Now the protection order is over and his filing is over and I can text him.

Dec 12, 2020, 6:07 PM

**Miguel Rivera**

I can't even reach him .

Dec 12, 2020, 6:07 PM

**Miguel Rivera**

Someone should let him know. I don't care if you guys send him my text . It's the first one I am sending. I didn't even know he was writing to guys the whole week he was here. I wish I would have known . I would have talked to him and worked it out. I really thought he was leaving me . Going back to i China cause he talked to his mom.

Dec 12, 2020, 6:10 PM

It know, the day before Dec 12, 2020 it had been colluding with them.

I am not hard to love, but only to protect myself from criminal.

**Miguel Rivera**

He is so hard, I am stubborn to but not like that

Dec 12, 2020, 6:10 PM

**Ildiko Baldwin**

Ok so you want me to send any of this ro him?

♥Miguel Rivera

Dec 12, 2020, 6:11 PM

It knew, it did, intentionally.

**Miguel Rivera**

I get to know this after he leaves the apartment

Dec 12, 2020, 6:10 PM

It knew I blocked her on 3rd, no way to send or call.

**Ildiko Baldwin**

Ok I sent it and I will see if he takes my call later

Dec 12, 2020, 6:17 PM

1.It's it itself who had been libeling framing me and colluding them. 2.It doesn't have a heart. 3.I did not do anything to push but only kept being abused. 4.It admitted to control me (luggage and passport...) but it later said it stayed nice and quiet.

**Miguel Rivera**

You guys need to stop pushing me. I am mentally not stable these months. A lot of stuff I found out really hurts me. He and you both have to understand. I did trust him with my heart . I did not trust his actions and behaviors. That is different! He did things to push me to react. My heart stayed true no matter what he did or o discovered. My heart I cannot push to not love him . I accepted in for good and bad a long time ago in Hangzhou. I knew he wasn't telling me everything, but I understand him and figure things we change on there own with time. He certainly may not understand or agree. It's why I stopped him with luggage or take his passport to prevent him from leaving no! To prevent the extreme situations it would get to. These are the situations we both have to deal with. We love hard and get mad at each other equally hard. He has his way and I have mine. I know he loves me. He is heartbroken and i am equally heartbroken. At the end that man is my heart. I never gave it freely to anyone but him .. I talk to people knowing I would never to cheat on him and emotionally still Connected to him. I never expected the same . I only hoped he loved me the same. I have not been able to eat for weeks now . You see how much I lost . Can't sleep . see me calling you late at night and remy scolding me as well. You guys don't understand the connection. In my heart he was my husband in Hangzhou. He never can look at anyone the same. Just like No one can replace you guys as my family . No one can replace him as mine and my heart only wants him. I am very mentally fragile. When I kicked him out truly , I expected him to come back and work things out . He thinks differently and than our culture. The last time I was dealing with mom death didn't even know I ask or told him to get out . Still the a thing was to go back. The problem I didn't remember or know. I was crazy and mentally separated like my mom milagros . I realized and understand under extreme emotional pressures I am in trouble. Here is the same thing and I am not myself these days and feel the same as then. You think it's easy for me to say ? It's not .. that's why I say .. you don't understand and don't know the level of love I have for him . I was just trying this time a different way without trying to fix him. Usually, I would text, hold him back, control something to prevent him from doing something extreme. This time I just stayed nice and quiet . Until he sent the Facebook and just posted to explain but no attacks . No contact .. why? All I wanted was to responsibility for the ... look I tried his way .. funny he will say .. I did and at the end still the same .. I never can do anything right and fail at trying to be a good heated person to help him . I am too controlling, stubborn, now i am abuser and a heartless person . All I wanted was one thing to help him here and see counseling. Was it with all this .. No cause I did not help anyone including myself. Here I am crying every day The day he text you and went off on Facebook remember? You called me cause he woke you up .. when you called I was crying thinking of him that night . I didn't know know about Facebook until you called .. yet , I was thinking of him . Remember? I told you .. see I bet you he was just like .. emotional but different way. I told you we were connected .. That says you had to accept it. I know why he doesn't want to talk about me . It hurts him just as much it hurts me.

Dec 12, 2020, 6:47 PM

1.Agreed from controlling to heartless. 2. I need the help to let free of all kinds of crimes. 3.There's nothing can help it as a evil demon.

**Ildiko Baldwin**

I will do my best to tryvto talk to him I hope he will too

Dec 12, 2020, 6:53 PM

Why Ildiko Baldwin just asked him 100% no Asian, but there she violated her own request?

**Ildiko Baldwin**

Iam worried about you I know its hard on you but he really needs to hear it from you only

Dec 12, 2020, 6:52 PM

Why she suggested all of them needed to tell me? What even made her think I would unblock them?

**Ildiko Baldwin**

Yes I agree and I really wish he will come to his senses and it gets all worked out over time

Dec 12, 2020, 6:51 PM

**Miguel Rivera**

Can't when he blocked me

Dec 12, 2020, 6:53 PM

**Ildiko Baldwin**

Than we need to tell himnto unblock you all your friends need to tell him

Dec 12, 2020, 6:54 PM

Reading it appeared to be some emotional and truthful, but in fact full of lies and both of them had their own thoughts and purposes.

How Ildiko Baldwin is was exactly how I sent her, which she held up hid didn't let it see.

I appreciate you and our friendship. But I really feel very uncomfortable and hurt every time you told me things about him. And trust me. I never want to see him again even I still love him. And the deeper my love is the stronger my hate is. So even you didnt ask me or request me to stay away from him. I wont. And to be honest with you as a friend. I didnt like the way you told me things about if I do you will be a way and if I dont you will be another way. Thats not nice to say. I appreciate you because even you just talked to me because I really needed those. And I hope you can treat me like a friend so that we can have a friendship. If you feel like you can command me or order me to do things. I think thats overstep..and in short. After I order a protection. We actually shouldnt talk or communicate.. I am sorry about that.
I hope this wont upset you. Because I am really trying to respect you and no offense.
And you shouldnt have told me things if its your idea.. just not nice. Good luck to you too

**Miguel Rivera**

1.No management did but itself, "We won't get evolved into legal or domestic issues". 2.Its orders were only abusive and illegal. 3.Please invite me who issued a DVPO for staying at own apartment. 3."Busy changing the lock." it sent Charlie Joe Wing such. 4.I didn't talk to any of them.

I am ok with you telling him . All you guys Shiism have told him those two weeks he was in the apartment to talk to me. When management pushed me to do the protective order was to stop him from upstairs. There was a governor mandate and
He was violating it. You know the were threatening eviction. Then he calls the police thinking I changed locks . The letter from management show I did not. He told them he was leaving and they change locks. The day I did the order the judge said do you understand you should not be focusing on any of this .. I said yes, but I love him. She understood and was nice and made sure the order was not the norms hard one. They let him contact me and everything. She said maybe this might help him come
To his senses and admit things and get help: that was the reason .. not to kick him out or leave him on the shelter. I didn't even know about the shelter until I was told .. I don't understand either why the shelter. Still he called me and I don't know why when I am at the hospital. Text me I dot care be good to die or not? I don't even know .. management tell later he wanted his deposit . They told me what they said. I don't even cash then and they can't give us money back. I said don't know what he will use it for and expected him to have common sense and speak to you guys and work things out. That was a disappointment and
my fantasy. All this time , angry texting over test results .. I really didn't care about that .. the judge did not even know about that nor she cared about that . If he thinks , I didn't know the guy who text me on blue was him . No clerk is allowed to discuss the situation would I loose there job. The lawsuit alone would cripple the city . I and the judge only cared about making sure he was safe and gets help and the same for me on my mental state After all I came close to not being here . Again! For what ? I thought things would be different here . I was sadly wrong ..

1.I didn't call it, and again hospital for sex pills. 2.It did have cash, from me it defrauded $5100 Cash at that moment. It's also been selling shared properties. 3.Please invite me which judge is sometimes "nice and made sure", sometimes "not even know nor she cared about that" and sometimes "only cared about". 4.It never had a job or a job offer. It lied saying it's hired by police department. 5.I was not even on blued.

Dec 12, 202

**Ildiko Bald**

Lets see how well you know me Now I can tell you and write it Iam No longer involved in this matter will not talk to him ever again and that is a 100% promise and remember I dont brake promises You can blame me or who ever you want to listen too now This Witch is very pissed off and if you know me well you should know what I mean I wish him the best and hopefully he will makes the right decision on his own his I know that he is not fucking 5 years old so and I wish you also the best with the situation I do care about you a lot and I will always remain humble to you and as you sister as well you can always talk to me but not about him remember that ok I love you always ildi

Dec 13, 2020, 1:40 PM

Why Ildiko Baldwin just asked him 100% no Asian, but there she violated her own request?
Because that's what it wanted her to do, while as she's a total racist.
Would she really do? No, she didn't text me but she sent it as:

**Ildiko Baldwin**

Lets see how well you know me Now I can tell you and write it Iam No longer involved in this matter will not talk to him ever again and that is a 100% promise and remember I dont brake promises You can blame me or who ever you want to listen too now This Witch is very pissed off and if you know me well you should know what I mean I wish him the best and hopefully he will makes the right decision on his own his I know that he is not fucking 5 years old so and I wish you also the best with the situation I do care about you a lot and I will always remain humble to you and as you sister as well you can always talk to me but not about him remember that ok I love you always ildi

Dec 13, 2020, 1:40 PM

**Miguel Rivera**

You don't need to defend yourself or your mistakes. However, to take a position to walk away from the situation after a person basis their decision on your views , opinions or suggestions is irresponsible, lacks accountability and looks bad in regards to integrity. You should fix your mistakes in this situation.. especially if you are being humble. Otherwise. I will not look at this situation as resolved and will put a huge wedge between us . You truly overstepped in some areas . Should have told him not to speak to you those days while he was staying with me. You never told me he was texting you during those days. I am seriously not happy.

Dec 13, 2020, 4:48 PM

**Ildiko Baldwin**

Well we all make mistakes including you In my defense I was forced to be the witness and listen in the phone conversation which I told both of you I did not wanted to be involved at all but I really did it for you so dont be so ungrateful to me I was just doing what you asked me to do and many manybtimes I told you I was going to block him but I dint which now Iam thinking about it I should have afterall . If he wants to talk to me I will listen but you Really put me in the middle of this and you are not seeing it maybe one day you will You say I over stepped Really???? Wow You do know I tell it how it is and I dont hold back and only one way road dont you ever say that to me !!!!!! You dont think for a minute that Iam not mad ???? I just want you to be healthy safe and happy that is all

Dec 13, 2020, 5:01 PM

Miguel Rivera itself still followed the pattern, also just like what I sent Ildiko Baldwin:

I am little bit confused. Since he told you we are divorced why was he still asking you to tell me he wants me to come back one year later and also about his surgery and other things. I think thereôs no need to tell me that. And honestly I am going to have my protection order soon.. so itôs also gonna make you not reach out to me. I hope you can understand because I have to do that. Only that way I can get rid of him and move forward. And I am also confused about he telling you we are divorced. I havenôt even signed anything or do anything about the divorce. So we are divorced? Itôs too ridiculous to hear or even believe. And right now is the only time I need some cash to support myself but he told you he can give it to me afterwards. Well. Itôs just like when I need my own things he takes them away. And when I donôt need that he will give them back so he thinks he is a good person? He doesnôt give a shit about me thatôs why I am in this kind of situation again and again and again. I really really donôt need any fake kindnesses from him. What he has done and had done to me are not only illegal but also not unethical. He treated me as his husband like a toy or some trash. When he needs me he gives me pretty words. But when he doesnôt. He throws me off like nothing. I guess you couldnôt understand how much damage he did. I was vomiting with blood on 20th tonight the way to the shelter because my heart hurt so badly like hell. Thatôs why I called you the next day even I can always hold myself up from pains or any kinds of emotions.

Why she suggested all of them needed to tell me?
What even made her think I would unblock them?

Before, she thought except fooling me as its spy, there's no need for her to be decent. There she felt "unfair" and not equal only herself to admit lied to me. So she needed "all of them", then the next day she told it no and asked itself to do if it wanted. To her own misconducts, she's very irresponsible, it also appeared at her promise to me. She's very double standard and controlling. she doesn't accept criticize especially from who she thinks less qualified.
This leads to the next answer is because she never respected me, she never cared about consequences of what she said or did. In her mind, I had no right to chose or decide unblock or not. It explains why she sent me "If you do what you said I will remain your friend as long as you want but if you don't do what you said I will never talk to you so don't let me down do the right thing ok?" It also appeared at her relationship with her son that she doesn't like her daughter in law so she didn't allow them to be together. To the extent that once nobody she had invited came to her birthday

This was how it planed secondary damages.
Also by his pattern, it never took responsibility but only to make itself be sounded so in good faith.

**Miguel Rivera**

Don't worry about your stuff . You won't get in trouble.. I promise.. it has to a complete conversation beginning with the first day .

Dec 20, 2020, 5:44 PM

**Miguel Rivera**

I need all the conversation

Dec 20, 2020, 5:43 PM

Does not show like the other one

Dec 20, 2020, 5:45 PM

**Miguel Rivera**

I have to show the judge proof that you were bring a friend. Not what he wrote in the order .

Dec 20, 2020, 5:44 PM

**Miguel Rivera**

It has to show his name and be in sequence the read .

Dec 20, 2020, 5:45 PM

**Ildiko Baldwin**

Ok

Dec 20, 2020, 5:46 PM

**Miguel Rivera**

where is the rest?

Dec 20, 2020, 9:01 PM

**Miguel Rivera**

It does not need to be notarized.

Dec 21, 2020, 10:47 AM

**Ildiko Baldwin**

Ok

Dec 21, 2020, 10:48 AM

**Miguel Rivera**

There is a declaration form and I will send it to you . Getting a copy now .

Dec 21, 2020, 10:47 AM

**Miguel Rivera**

Text you from wrong one ., lol

Dec 22, 2020, 5:09 PM

**Ildiko Baldwin**

You missed a call from Ildiko.

Dec 22, 2020, 3:21 PM

It is 100% for sure evidence of perjuries and collusions. I had proofed so many times with so many proofs, though there are no response, no penalty, city attorneys even intentionally kept evidence away from records.

**Miguel Rivera**

I am startled to write your affidavit today and will send it to get it going .

Dec 21, 2020, 7:49 AM

**Miguel Rivera**

And there is more as Chaz was long

Dec 21, 2020, 7:48 AM

**Miguel Rivera**

I called there's areas missing which is your response. The judge will need it .

Dec 21, 2020, 7:48 AM

This is the record of their meeting of declaration arranges.

**Miguel Rivera**

You started a call.

Dec 9, 2020, 2:41 PM

**Miguel Rivera**

You joined the call.

Dec 9, 2020, 2:41 PM

**Miguel Rivera**

Ildi get on phone

Dec 9, 2020, 2:45 PM

**Remington A. M. Yhap**

Remington joined the call.

Dec 9, 2020, 2:43 PM

**Miguel Rivera**

You joined the call.

Dec 9, 2020, 2:43 PM

**Remington A. M. Yhap**

Remington joined the call.

Dec 9, 2020, 2:42 PM

**Chaz Wing**

Chaz joined the call.

Dec 9, 2020, 3:05 PM

**Ildiko Baldwin**

Ildiko joined the call.

Dec 9, 2020, 2:45 PM

**Remington A. M. Yhap**

Remington joined the call.

Dec 9, 2020, 2:45 PM

**Miguel Rivera**

You joined the call.

Dec 9, 2020, 2:45 PM

**Remington A. M. Yhap**

Remington started sharing video.

Dec 9, 2020, 3:25 PM

**Miguel Rivera**

The video chat ended.

Dec 9, 2020, 3:26 PM

Duration: 43 minutes

**Participants: Chaz Wing, Ildiko Baldwin and Miguel Rivera**

**Miguel Rivera**

You removed Remington A. M. Yhap from the group.

Dec 20, 2020, 3:38 PM

**Miguel Rivera**

The video chat ended.

Dec 9, 2020, 3:26 PM

Duration: 43 minutes

This is Remington A. Yhap sent to it.

**Remington A. M. Yhap**

These 17 are not the full list even.
Dinghui Deng
Dinghui

So please. Don't text me or try to reach out to me. I answered you due to manners. I can simply block you. So I hope you don't make me keep blocking people from him. I am too tired of all the drama and his endless broken promises and lies. I want to clarify myself again. I am moving forward. So please keep the distance between us. And don't remind me of him or text me anything.
Thanks

1
Seen by Dinghui Deng at 11:39 AM

Type a message...
Seen by Miguel at Sunday 6:10pm

Dec 16, 2020, 1:41 AM

**Miguel Rivera**

call me .. thanks

Mar 30, 2021, 4:02 PM

**Miguel Rivera**

police

Mar 29, 2021, 8:14 PM

**Miguel Rivera**

cannot get a screen shut of ildi conversation.!

Mar 29, 2021, 8:14 PM

There are more from what I had filed to the courts and attached.

In Vietnam, I got beaten up by it, it broke my phone and tablet. I was kicked out. I went to the police station with the help from a young man next to the center. He took pictures of me of how badly I got beaten, he sent the pictures to my Email.

But it hacked my Email and deleted the pictures.

**Miguel Rivera**

Hey Richard

Dec 31, 2020, 5:02 PM

**Richard Brian Kumm**

Hello😬🙏 happy new year and hope it will be a good one💪🍻🔥

Dec 31, 2020, 8:12 PM

**Miguel Rivera**

Chaz reminded me to ask you for a declaration on the stuff that happen in Vietnam with bonehead and arguments etc.

Dec 31, 2020, 8:18 PM

Of course, it's another evidence with Charlie Joe Wing.

**Miguel Rivera**

Also, can you talk to Tuy and ask if i can get my old police report. Ms. Thuy said I can get but i need to be there. I want to hire Phong to do. Can you ask me for me on a favor? It would be appreciated it really important here. I have to deal with some major legal issues with Hui.

Dec 31, 2020, 8:19 PM

**Miguel Rivera**

I need to get a character reference for the vietnam stuff

Dec 31, 2020, 8:18 PM

**Richard Brian Kumm**

Who is bonehead ?🙏💪

Dec 31, 2020, 8:19 PM

**Miguel Rivera**

chinese guy

Dec 31, 2020, 8:20 PM

**Miguel Rivera**

Dinghui Deng

Dec 31, 2020, 8:20 PM

**Richard Brian Kumm**

Oh I only saw him in your apartment man so I didn't see anything bad that happened

Dec 31, 2020, 8:20 PM

**Richard Brian Kumm**

He replied "I dont know exactly what police"

Jan 4, 2021, 7:59 PM

There's no "police report" but it kept claiming there is.

**Miguel Rivera**

If they can't provide police report at least a statement or declaration . If they need me to send what happens to remind them . I am willing to pay for it. You know how Vietnam works

Jan 4, 2021, 9:46 PM

**Miguel Rivera**

I can type it up .

Dec 31, 2020, 8:20 PM

This is one of its briberies for sure.
This is how real its declarations are. "I can type it up" "just would need your signature"

**Miguel Rivera**

just would need your signature.

Dec 31, 2020, 8:20 PM

**Miguel Rivera**

To my mom in the hospital.

I found his mom info the attorney will talk to her on Friday. If this continue..

Dec 3, 2020, 5:36 AM

**Miguel Rivera**

You guys are telling him the truth just keeping it short and pacifying him . I go the extra mile when i Talk to Lavie . She doesn't like hit tell the truth .

Dec 3, 2020, 5:52 AM

**Chaz Wing**

Yeah, I don't want to escalate the situation further. If I am confrontational, he just won't message me anymore and it won't achieve much. Lavie will accept responsibility to some degree.

Dec 3, 2020, 6:07 AM

**Miguel Rivera**

Ildi tells him ., he says he won't text .. then he does.

Dec 3, 2020, 11:17 AM

**Miguel Rivera**

Not asking anyone to be confrontational. However , admittedly he won't message anymore. Yet, you told me block messages anyway? What's the difference? At least he gets to understand or the message slowly. It's what made him react. I changed my name on Facebook. He retaliated.. tells you he is stalking .

Dec 3, 2020, 11:16 AM

**Miguel Rivera**

She tried to help but is consistent and isn't being confrontational based on the delivery of the message. However, she is being truthful.

Dec 3, 2020, 11:19 AM

**Miguel Rivera**

Can you send to Rivers

Dec 3, 2020, 2:37 PM

**Miguel Rivera**

Rivers is my friend, it defamed me, isolated me.

I can be associated with sending

Dec 3, 2020, 2:37 PM

**Chaz Wing**

How did it go yesterday?

Dec 4, 2020, 12:04 AM

**Miguel Rivera**

like wtf.. dude ask ildi .. i was not talking to him that whole two weeks.. period was not even here..

Dec 4, 2020, 12:04 AM

**Miguel Rivera**

Its first petition was dismissed, then it started their collusions. It petitioned 4 dismissed times. Finally they successfully set up traps.

judge dismissed the DV for lack of evidence on domestic abuse.

Dec 4, 2020, 12:05 AM

**Miguel Rivera**

ALL LIES!!!!!!!

dude, he hits me in the face hard, he pushes me, he takes my black bag knowing it will set me off . It has moms stuff and all the legal paperwork. He say's i intimidate him because i tell him the consequences of his action like calling the police, or testing the syringe and bag for finger prints. Thats factual things that can transpire. However, he manipulates me and mental fucks with my head to make me crazy, stupid and under extreme stress.. I dont

Dec 4, 2020, 12:07 AM

**Chaz Wing**

Yeah, I thought that would happen

Dec 4, 2020, 12:05 AM

**Chaz Wing**

Yeah, no flights for a month and a half was obviously not true

Dec 4, 2020, 12:14 AM

**Miguel Rivera**

He asked, since he going in January 9th.

Dec 4, 2020, 12:13 AM

**Miguel Rivera**

don't know what bs my ex is playing he asked at the airport.

Dec 4, 2020, 12:12 AM

There are too many lies for me to count and exhibit. It's full of lies, full of damages and pains. But just a case obvious like this, those courts chose to abuse me and protect those criminals, how shameless fake profane!

I fed my honest and respect to air.

Too much pain, too hurtful, I won't be able to post or point all the lies, I've been trapped in this hell too long for too many times.

Every time I close my eyes, everything is in my sight, too clear, too torturous, too much.

1. Apologies for your defamations
2.don't send my mom and my friends wechat. Don't involve people
3.give me back the agreements and paperworks back to me
4.solve the problem pad and phone are spied.
5. A promise Never use my identity to threaten me.

This is after Csilla's. And I asked him to follow. Do you think that's too much or hard?

2020年11月21日 04:46

**Dinghui Deng**

He violated all.

2020年11月21日 04

**Dinghui Deng**

I don't know what is the purpose of him putting me down. Making me admit things. Never admitted to his lies. Anyway. People are too hard to change.

2020年11月21日 04:48

**Dinghui Deng**

And I know he is good at fooling and convincing. But the police. In total six officers. They all think I don't look like I am using meth. I especially asked them. I guess he must be so convincing

2020年11月21日 04:56

You can never know how painful, nor it. I couldn't know more than it about how many they had counterfeited and how many crimes they had brought to me.

Those courts have been opening their mouths and eyes alleging and rolling, acting like they were thinking. In fact, they were planning for methods of torture, prejudice, discrimination, threat, excruciation and killing legal.

Those sets of eyes are all on the same page, but they look at people with bias. Those sets of ears all cover both sides but they only heard from one side. Each of those faces matches one mouth but they don't speak for one.

**Dinghui Deng**

About him using my identity to threaten me. I just felt that first time in Csilla's house. I knew he would threaten me again. So I made that as a promise. I guess he never took the promises to me as something. Anywhere. I don't want to waste too much of your time. I want to take a nap and do things

2020年11月21日 04:50

**Dinghui Deng**

[redacted] I don't want you to share any information to him. I just want you to know that I will be fine. Thanks

2020年11月22日 14:28

**Chaz Wing**

Ok =)

2020年11月22日 14:29

**Chaz Wing**

Good morning, how are you doing?

2020年12月7日 10:53

**Dinghui Deng**

But I really don't want to talk to anyone who related to him.

2020年12月8日 11:57

**Dinghui Deng**

I am done with him and I want to move forward

2020年12月8日 12:02

**Dinghui Deng**

Hope you understand

2020年12月8日 12:03

Those courts are equal should be the best state joke. Free and democratic are as the same far away as it to human.
It's worthless of rules and laws made in idle papers by armchair strategists force no affect to the hands of enforcement. It loses the point for amendments to be decorations.
The most developed country developed the worst discriminations. No matter how many and how loud slogans, no matter how friendly the daily is. The 5% grasp a 100% of the rest.

**Dinghui Deng**

So. Please Don't text me anymore

2020年12月8日 11:59

**Dinghui Deng**

I don't want to bring back the memories

2020年12月8日 12:03

Every violation or failure of law compliance and enforcement have expanded more influence on justice and crimination.

**Chaz Wing**

Ok, I understand ☺

2020年12月8日 12:05

I treated everyone of them like a friend but all of them did not even respect me, their hellos had aims, their agreements are lighter than farts, their honest are rarer than crimes.