| | |
|---|---|
| From: | "ㆍㆍ鎺综ㆍ |
| To: | WAWDdb_NewCasesSea |
| Subject: | Tort Claim |
| Date: | Monday, September 27, 2021 1:45:13 PM |
| Attachments: | 2-3 Additional Statement of evidence.pdf |
| | 1. Cover Sheet.pdf |
| | 2. Complaint For A Civil Case.pdf |
| | 2-1 Application Attachment 1.pdf |
| | 3. IFPApplication- Civil Case.pdf |
| | 4-2 Appendix_2.pdf |

**CAUTION - EXTERNAL:**

Hi afternoon,

My name is Dinghui Deng, I updated my documents regarding to the rules.

Can you try one more time?

If fail again, I will divide them into smaller files.

 please call or email me if anything in need, thank you

Contact info: 2062097624 dengdinghui0217@gmail.com

Thank you
Hui

从**QQ**邮箱发来的超大附件

2-2 Application Attachment 1_2.pdf (103.95M, 2021年10月27日 13:15 到期)
进入下载页面

4-1 Appendix_1.pdf (27.83M, 2021年09月27日 13:24 到期)
进入下载页面

4-3 Appendix Appeal of 21-1-05123-8.pdf (53.56M, 2021年10月27日 13:25 到期)
进入下载页面

4-4 Appendix Case No. 21-2-00897-3.pdf (74.09M, 2021年10月27日 13:23 到期)
进入下载页面

5-1 Exhibit_1.pdf (46.69M, 2021年09月27日 13:36 到期)
进入下载页面

5-2 Exhibit_2.pdf (31.78M, 2021年09月27日 13:39 到期)
进入下载页面

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.