**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

September 28, 2021

Dinghui Deng
910 8TH AVE
SEATTLE, WA 98104

Your civil action *Deng et al v. Seattle Municipal Court et al* was filed in the U.S. District Clerk's office at on September 27, 2021.

Your case has been assigned Case Number **2:21−cv−01316−MJP,** and has been assigned to Judge Marsha J. Pechman, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file