UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DINGHUI DENG,<br><br>      Plaintiff,<br><br> v.<br><br>SEATTLE MUNICIPAL COURT, et al.,<br><br>      Defendants. | CASE NO. 2:21-cv-01316-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 30th day of September, 2021.

               _____
               BRIAN A. TSUCHIDA
               United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1